Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>IGNACIA RENTERIA RAMOS, ET AL.,<br><br>Defendants. | CASE NO. 5:13-cv-02001-LHK<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS IGNACIA RENTERIA RAMOS, individually and d/b/a MARISCOS COSTA AZUL |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant IGNACIA RENTERIA RAMOS, individually and d/b/a MARISCOS COSTA AZUL, that the above-entitled defendant is hereby dismissed **without prejudice** against IGNACIA RENTERIA RAMOS, individually and d/b/a MARISCOS COSTA AZUL, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by February 3, 2014, the dismissal shall be deemed to be **with prejudice.**

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: January 3, 2014

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: January 3, 2014

*s/Matthew A. Pare*
LAW OFFICES OF MATTHEW A. PARE, APC
By: Matthew A. Pare
Attorneys for Defendants
IGNACIA RENTERIA RAMOS, individually and d/b/a
MARISCOS COSTA AZUL

**IT IS SO ORDERED:**

*Lucy H. Koh*                                Dated: 1/27/2014
The Honorable Lucy H. Koh
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
5:13-cv-02001-LHK
PAGE 2